# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:20–mj–01366 |
| | § | |
| Lee Price, III | § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Final Hearing on Supervised Release Violation
September 10, 2020 at 03:00 PM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 3, 2020

Sam S. Sheldon
United States Magistrate Judge