United States Courts
Southern District of Texas
F I L E D

FEB 2 2 2021

Nathan Ochsner, Clerk of Court

February 10, 2021

**Re: Cause No: H-20-CR-522**
    4-20-CR-0522

Dear Honorable JUDGE VANESSA GILMORE

    My name is Lee Price and I am writing you regarding a supplemental statement of facts you wrote concerning two motions that I filed one was a compassionate release and one was a motion to reopen detention hearing. (Instruments 42 & 43) The issue at hand is that it was allege that I violated bond conditions and I was asking the court to release me back on bond due to the fact when I was initially release I was not given any bond conditions. You made some findings in your statement of facts dated 02/01/2021(Instrument 61). You stated on August 26th 2020 a bond hearing was held where magistrate Judge Sam Sheldon informed me of my bond conditions which I signed in writing and the following day on August 27th 2020 I was released. You also stated "defendant alleges that he was not handed a copy of his bond conditions prior to release and on that basis, he should be release now". This is why I feel I should be release like you stated.

There is a major problem with the courts finding of facts. There never was a bond hearing held on August 26th 2020, I could see how this could be confusing to the court because the bond documents show August 26th 2020 on them( I have no idea why this is) my only guess is that this is the day my Grandmother sign for a $50,000 surety, but I was incarcerated at Joe Corley during this time and did not have any hearings until August 27th Via a Zoom conference which is the same day I was release, this is proof that I did not sign nor was it even possible for me to sign any conditions on August 26th which was allege by the government and the court. To my knowledge the only way to sign documents via Zoom conference would be electronically which was not the case in this matter. The signature on the document is not electronic and my driver's license is attach which I did not even have on my possession at the time of my arrest.

On August 28th 2020 I went to the United States Court House and this is where I was told to sign my bond documents, this is also the same day a petition was filed claiming I violated my bond conditions. The lady working at the court house showed me where to sign and ask for my Driver's License and made a copy, this is how my driver's license got attach to the bond documents (Instrument 20). There would have been no way my driver's license could have been attach to any bond documents due to the fact I was incarcerated at Joe Corley until the evening of August 27th 2020 when I was release from custody. Even then on August 28th I ask the lady working at the court if she had a copy of my bond conditions and she claim she did not. While still at the US Court House I text my attorney at the time James Kennedy and ask him "I am at the court house and they are saying they do not have a copy of my conditions Do you have a copy of my bond conditions? It's Like they are trying to get me to fail before I start." Mr. Kennedy Replied that he did not but he would try to get me a copy. I have included a copy of this text message.

I feel like the facts were not articulated correctly and this is the reason I am explaining the facts to the court. I hope I haven't cross any boundaries or offended the court. Everything I have said should be easily verifiable. I pray to be released back on bond with conditions so I may properly prepare my defense for trial. I have a new born that is now 9 months old, and I am eager to get back to him and my family. Thank you for your time your HONOR.

                                                                     Lee Price III

Lee Price
04135502
500 Hilbig Rd
Conroe Tx 77301

NORTH HOUSTON TX 773
12 FEB 2021 PM 6 L

This is Legal Mail
Has not been inspected

Judge Vanessa Gilmore
515 Rusk Ave
Room S300
Houston Tx 77002

United States Courts
Southern District of Texas
FILED
FEB 22 2021
Nathan Ochsner, Clerk of Court

77002-260725