```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3   UNITED STATES OF AMERICA        .  4:20-mj-01366-1
                                     .  HOUSTON, TEXAS
 4   VS.                             .
                                     .  AUGUST 27, 2020
 5   LEE PRICE, III                  .  3:22 P.M. to 3:31 P.M.

 6

 7           TRANSCRIPT of DETENTION/PRELIMINARY HEARING
                BEFORE THE HONORABLE SAM S. SHELDON
 8                 UNITED STATES MAGISTRATE JUDGE

 9

10   APPEARANCES: (All participants appearing by video/Zoom

11   FOR THE GOVERNMENT:             TIMOTHY ADAM DUREE
                                     U.S. Department of Justice
12                                   Criminal Division
                                     Fraud Section
13                                   1400 New York Ave NW
                                     Third Floor
14                                   Washington, DC  20530

15

16   FOR THE DEFENDANT:              JAMES M. KENNEDY
                                     Bires Schaffer DeBorde
17                                   712 Main Street
                                     Suite 2400
18                                   Houston, Texas  77002

19

20   OFFICIAL COURT REPORTER:        KATHY L. METZGER
                                     U.S. Courthouse
21                                   515 Rusk
                                     Room 8004
22                                   Houston, Texas  77002
                                     713-250-5208
23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.
```

|          |    |                                                                |
|----------|----|----------------------------------------------------------------|
|          | 1  | P R O C E E D I N G S                                          |
|          | 2  | *THE COURT:*  Good afternoon.                                  |
|          | 3  | *MR. DUREE:*  Good afternoon, Judge.                           |
|          | 4  | *MR. KENNEDY:*  Good afternoon.                                |
| 15:22:52 | 5  | *THE COURT:*  We're all here.  Let me call the case.           |

       *THE COURT:*  Good afternoon.

       *MR. DUREE:*  Good afternoon, Judge.

       *MR. KENNEDY:*  Good afternoon.

       *THE COURT:*  We're all here.  Let me call the case. United States of America versus Lee Price, III, 20-mj-1366.  My name is Sam Sheldon.  I'm the magistrate judge.  I see Mr. Duree is here on behalf of the United States government and Mr. Kennedy is here on behalf of the defendant.

       Mr. Price, you're muted.

       Could Joe Corley unmute Mr. Price?  There you go.

       Can you hear me, Mr. Price?

       *THE DEFENDANT:*  Yes, Your Honor.

       *THE COURT:*  Good afternoon, sir.

       *THE DEFENDANT:*  Good afternoon.

       *THE COURT:*  We're here -- first, normally we would conduct this hearing in person in a courtroom, but we're doing this by video this afternoon because of the pandemic.  It's not safe for all of us to be in the courtroom together.  We could continue this hearing until it is safe or we could go forward with this hearing my video.  Do we have your permission to go forward with this hearing by video?

       *THE DEFENDANT:*  Yes, Your Honor.

       *THE COURT:*  Mr. Price, a bond has been -- your attorney and the United States agreed upon a bond.  I issued

15:24:01  1  that bond.  The order has been issued.  Your co-surety has
          2  signed.  The only thing remaining is for me to -- I'm going to
          3  go over the conditions and then my case manager, Shannon, is
          4  going to swear you to those conditions and then you're going to
15:24:15  5  be released today from Joe Corley.
          6              It's really important though that by noon
          7  tomorrow you go to the courthouse and that you sign -- you
          8  actually sign -- you're going to swear orally so we can get you
          9  released, but by noon tomorrow you'll go to the Federal
15:24:30 10  Courthouse, the clerk's office.  You'll sign your conditions.
         11  Before you leave the courthouse, you'll need to go to probation
         12  and they're going to fit you with a GPS monitor.  So those are
         13  the two things I need you to do before noon tomorrow.  Any
         14  issue with that?
15:24:45 15              *THE DEFENDANT:*  No, Your Honor.
         16              *THE COURT:*  Okay.  So I'm going to go over the
         17  conditions now and Shannon will swear you in.  I'll ask you
         18  then if you understand the conditions, if you have any
         19  questions for me, and that you agree to follow these conditions
15:24:59 20  and if you violate any of these conditions, that you understand
         21  that your bond can be revoked.
         22              So these are the conditions of your bond.  It's
         23  $50,000 unsecured.  You don't have to pay any money.  Your
         24  grandmother is serving as a co-surety.  Her name is Rudell
15:25:17 25  Teresa Comeaux.

15:25:22     1              You must report to Pretrial Services on a regular
             2   basis.  Tomorrow sometime you'll need to make contact with the
             3   pretrial officer that is supervising you.
             4              You must maintain or actively seek employment.
15:25:35     5              Surrender U.S. passport or any foreign passport
             6   to the U.S. Pretrial Services agency.  Obtain no passport.
             7              Your travel is restricted to Harris County and
             8   the surrounding areas.  Outside travel to be preapproved by
             9   U.S. probation.  You're going to be living in Beaumont.  So
15:25:55    10   your travel is allowed in Beaumont, Jefferson County and all
            11   counties connected to Harris and Jefferson Counties.
            12              You're to avoid all contact, directly or
            13   indirectly, with the person who is a victim or potential
            14   victim -- sorry, potential victim or potential witness or
15:26:10    15   victim in the investigation or prosecution of this case.  And
            16   that means don't have any contact with the codefendants or
            17   potential codefendants.
            18              You must refrain from possessing a firearm,
            19   destructive device, or other dangerous weapons.
15:26:28    20              Refrain from any use of alcohol.
            21              Refrain from use or unlawful possession of a
            22   narcotic drug or other controlled substances unless prescribed
            23   by a licensed medical practitioner.
            24              You must submit to any testing required by
15:26:43    25   Pretrial Services regarding whether you're using a prohibited

15:26:50  1  substance.
        2           You must participate in a program of inpatient or
        3  outpatient substance abuse therapy and counseling, if the
        4  Pretrial Services office or supervising officer considers it
15:27:03  5  advisable.
        6           You must comply with all court obligations in
        7  Harris County. And you will incur the costs associated with
        8  any services related to drug testing, treatment, housing
        9  placement or any location monitoring based on your ability to
15:27:18 10  pay.
       11           You're going to be on home detention. That means
       12  that you're restricted to your residence at all times except
       13  for employment, education, religious services, medical,
       14  substance abuse or mental health treatment, attorney visits,
15:27:33 15  court appearances, court-ordered obligations, or other
       16  activities preapproved by the Pretrial Services officer.
       17           You must submit to the location monitoring
       18  indicated, abide by all the programs for monitoring. And this
       19  is the monitoring that's active global positioning satellite,
15:27:52 20  GPS, monitoring, including hybrid, active/passive, GPS.
       21           Immediately report contact with law enforcement
       22  to Pretrial Services.
       23           And then there's attached agreed upon conditions
       24  that you've agreed to follow. I'm going to read those.
15:28:09 25           You're to reside with Rudell Comeaux, your

15:28:12  1  grandmother, in Beaumont, Texas.
          2              No contact in person, by phone, text, Facebook
          3  messenger, through a third party, et cetera, with Rose Price,
          4  that's your mom; Clarence Comeaux; or Derronce Allen.
15:28:24  5              You may have contact with Raenette Jones only to
          6  discuss matters related to care or support of your child.  You
          7  shall not discuss any issues related to the present case
          8  with Ms. Jones unless such communications happen in the
          9  presence of counsel for both parties.  You may not contact
15:28:39 10  Ms. Jones for any other purpose.
         11              No contact with any witnesses or potential
         12  witnesses.
         13              Do not engage in any financial transactions over
         14  $300 without prior approval of the Court.
15:28:51 15              Do not open or apply for any new bank accounts
         16  without prior approval of the Court.
         17              Do not open or apply for any new credit cards
         18  without prior approval of the Court.
         19              Do not open or apply for any new lines of credit
15:29:04 20  without prior approval of the Court.
         21              Do not discuss any new DBAs, LLCs, or the like
         22  without prior approval of the Court.
         23              As we already discussed, you'll be on house
         24  arrest, which is called home detention, and I already went over
15:29:20 25  the terms of your home detention.

| | | |
|---|---|---|
| 15:29:22 | 1 | And, again, your travel is allowed to Beaumont, |
| | 2 | Jefferson County, and all counties connecting to Harris and |
| | 3 | Jefferson Counties. |
| | 4 | Did I get all of that right, Mr. Duree? |
| 15:29:34 | 5 | *MR. DUREE:*  Yes, Your Honor. |
| | 6 | *THE COURT:*  And Mr. Kennedy? |
| | 7 | *MR. KENNEDY:*  That's correct, Judge.  Yes, sir. |
| | 8 | *THE COURT:*  And, Mr. Price, do you understand all of |
| | 9 | the conditions I just went over? |
| 15:29:44 | 10 | *THE DEFENDANT:*  Yes, Your Honor. |
| | 11 | *THE COURT:*  And when you sign tomorrow, everything I |
| | 12 | just said to you, the long list, you're going to get those |
| | 13 | conditions in writing.  Do you have any questions regarding |
| | 14 | these conditions? |
| 15:29:53 | 15 | *THE DEFENDANT:*  No, Your Honor. |
| | 16 | *THE COURT:*  And do you agree to follow all these |
| | 17 | conditions? |
| | 18 | *THE DEFENDANT:*  Yes, Your Honor. |
| | 19 | *THE COURT:*  And do you understand that if you violate |
| 15:30:01 | 20 | any of these conditions, your bond can be revoked? |
| | 21 | *THE DEFENDANT:*  Yes, Your Honor. |
| | 22 | *THE COURT:*  Okay.  So, Shannon, now you'll let Joe |
| | 23 | Corley know to release him? |
| | 24 | *THE CASE MANAGER:*  Yes, I'm going to send the |
| 15:30:13 | 25 | paperwork after this hearing. |

15:30:14  1      *THE COURT:* Okay.  Do you have any questions for me,
         2  Mr. Price?
         3      *THE DEFENDANT:* No, Your Honor.  Thank you.
         4      *THE COURT:* Anything else --
15:30:21  5      *THE CASE MANAGER:* I need to swear him in, Judge.
         6      *THE COURT:* Oh, yeah.
         7      *THE CASE MANAGER:* Can you raise your right hand, sir?
         8      *(Defendant complies)*
         9      *THE CASE MANAGER:* Do you acknowledge that you are
15:30:27 10  bound to the United States an amount of $50,000; that you will
        11  abide by the conditions of this bond and make all court
        12  appearances wherever so ordered; do you acknowledge these
        13  conditions and will you abide by them, so help you God?
        14      *THE DEFENDANT:* Yes.
15:30:41 15      *THE COURT:* Shannon, anything else I need to cover?
        16      *THE CASE MANAGER:* I think that's it.
        17      *THE COURT:* Okay.  Mr. Duree?
        18      *MR. DUREE:* Nothing from the government, Judge.
        19      *THE COURT:* All right.  Anything else, Mr. Kennedy?
15:30:50 20      *MR. KENNEDY:* No, sir, Judge.  Thank you for your
        21  time.
        22      *THE COURT:* Okay.  Okay.  Good luck, Mr. Price.  You
        23  should be released.
        24      *THE MARSHAL:* Judge, this is the Marshal Service.  I
15:30:58 25  just want to make sure he is to be released before the ankle

15:31:00  1  monitor and all that, released today?
          2          *THE COURT:*  Yes.
          3          *THE MARSHAL:*  Okay.
          4          *THE COURT:*  He knows the ankle monitor is going to be
15:31:07  5  put on tomorrow before noon.  He knows he needs to go to the
          6  courthouse, sign his paperwork, and then go to probation to get
          7  fitted for the monitor.
          8          *THE MARSHAL:*  Okay.  Thank you, Judge.  We'll take
          9  care of it.
15:31:16 10          *THE COURT:*  Okay.  Thank you.  Okay.
         11              Good luck to you, sir.
         12          *THE DEFENDANT:*  Thank you, Your Honor.
         13      *(Concluded at 3:31 p.m.)*
         14                              * * *
         15  I certify that the foregoing is a correct transcript from the
         16  record of proceedings in the above-entitled cause, to the best
         17  of my ability.
         18
         19  /s/ *Kathy L. Metzger*                              3-16-2021
             Kathy L. Metzger                                      Date
         20  Official Court Reporter
         21
         22
         23
         24
         25