United States District Court
Southern District of Texas
**ENTERED**
October 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-20-522 |
| | § | |
| LEE E. PRICE, III | § | |

## ORDER

Pending before the Court is Defendant's Objections (Doc. No. 135), filed August 7, 2023, as to the Government's Motion to Substitute Victim and Reduce Defendant's Restitution (Doc. No. 132). The Court entered it's Order (Doc No. 134) on July 25, 2023. The Government filed its Response (Doc. No. 136) to Defendant's Objections. The Court has considered the objections, response and legal authorities and finds that Defendant has raised no new evidence that would warrant a change its ruling in the Order of July 25, 2023. It is therefore

**ORDERED** that Defendant's Objections (Doc. No. 135) are **OVERRULED**.

SIGNED at Houston, Texas, this ___17th___ day of October 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE